# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

JODY RANDAL DAVIS,                      )
                                        )
                                        )
            Plaintiff,                  )
    vs.                                 )     Case No. 26-cv-03320-SRB
                                        )
                                        )
GREENE CO. STATE PUB. DEFENDER,         )
                                        )
            Defendant.                  )

## <u>ORDER GRANTING PLAINTIFF PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO CORRECT TECHNICAL DEFECTS IN COMPLAINT OR FACE DISMISSAL OF THIS ACTION</u>

The above-captioned complaint was provisionally filed on **June 5, 2026**, pursuant to the Court En Banc Order of October 21, 1997.   Due to certain technical defects, however, the complaint cannot be further processed until such defects are corrected.

To assure further consideration of the complaint, PLAINTIFF MUST CORRECT THE DEFECT(S) LISTED BELOW.  **FAILURE TO CORRECT DEFECT(S) MAY RESULT IN DISMISSAL OF PLAINTIFF'S COMPLAINT.**

**_X__** PLAINTIFF HAS FAILED TO INCLUDE THE $405.00 FILING FEE. PLAINTIFF HAS THE CHOICE OF EITHER TENDERING THE $405.00 FEE TO THE CLERK OF THE COURT OR SUBMITTING A REQUEST TO PROCEED IN FORMA PAUPERIS AND AN AFFIDAVIT OF POVERTY IN SUPPORT THEREOF.   IF PLAINTIFF CHOOSES TO DO THE LATTER, THE ENCLOSED PAUPER'S FORMS SHOULD BE COMPLETED AND RETURNED TO THIS COURT.

___ Although plaintiff has submitted the "In Forma Pauperis Affidavit," plaintiff has failed to enclose a certified copy of plaintiff's trust fund account statement for the 6-month period immediately preceding the filing of the complaint as required by 28 U.S.C.§ 1915 (a)(2).

___ Although plaintiff has submitted the "In Forma Pauperis Affidavit," plaintiff has failed to sign it.  Plaintiff must sign the enclosed affidavit and return to this Court.

_____ THE CIVIL RIGHTS COMPLAINT IS TECHNICALLY DEFICIENT IN THE FOLLOWING RESPECTS:

_____ Prisoner complaints pursuant to 42 U.S.C. § 1983 must be filed on forms approved by this Court. Plaintiff must complete the enclosed court-approved forms and return them to this Court.

_____ An amended complaint replacing all earlier complaints must be filed which sets forth specific claims against each defendant.

_____ The complaint has not been sworn to under oath. Plaintiff must verify the complaint and return it to this Court.

_____ Other: Complaint was not signed.

It is plaintiff's responsibility to notify the Clerk of the Court and all defense counsel of any change of address, including transfers between institutions or release. Failure to so in a timely manner may result in dismissal of this case.

**Once a civil case is filed, the entire $350.00 filing fee may be collected even if the prisoner proceeds in forma pauperis and even if the Court later dismisses the case because it is frivolous, malicious, fails to state a claim, seeks monetary relief against a defendant who is immune from such relief, or the allegation of poverty is untrue. See 28 U.S.C. § 1915(e)(2). If plaintiff has no assets at this time, any money later received will be collected in the manner described in 28 U.S.C. § 1915(b).**

Accordingly, it is ORDERED that:

(1) plaintiff is granted provisional leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a);

(2) plaintiff is directed to correct the above-listed technical defects in this complaint on or before **June 22, 2026**;

(3) the Clerk of the Court is directed to mail plaintiff a copy of this Order along with court-approved forms; and

(4) FAILURE OF PLAINTIFF TO COMPLY WITH THIS COURT'S ORDER WILL

RESULT IN DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PLAINTIFF.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,
Dated: June 5, 2026.